UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**TERRENCE BOYD**

**VS.** **CA 06-051ML**

**UNITED STATES OF AMERICA**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter against the petitioner, Terrence Boyd, pursuant to the Memorandum and Order dated February 1, 2006 DENYING the Petition for Writ of Error Coram Nobis pursuant to 28 U.S.C. § 1651.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: February 1, 2006