**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODEISLAND**

Terrence Boyd

v.

Ca.no.06-51
Cr.no.95-075ML

Joseph Smith

**Notice of Appeal**

Now comes Terrence Boyd, pro-se, in a motion for Notice of Appeal from the denial of petitioners Writ of Error Coram Nobis to the First Circiut Court of Appeals.

Respectfully Submitted,

dated 2-10-06

Terrence Boyd
04225-070

Terrence Boyd
P.O Box 1000
Lewisburg, Pa.17837