FILED
JUN 19 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Terrance BOYD
(Petitioner)

U.S. of AmericA
(Respondent(s))

NO. 06-1343 DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Terrance Boyd 04225-070 declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceedings or to give any security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☑ Yes ☐ No

a. If the answer is yes, states the amount of your salary or wages per month, and give the name and address of your employer.

F.P.I. UnicoR

b. If the answer is no, state the date of last employment and the amount of salary and wages per month which you received.

2. Have you received, within the past twelve months, any money from any of the following sources?

a. Business, profession, or form of self employment? ☐ Yes ☑ No
b. Rent payment, interest or dividends? ☐ Yes ☑ No
c. Pension, annuities or life insurance payments? ☐ Yes ☑ No
d. Gifts or inheritances? ☐ Yes ☑ No
e. Any other sources? ☐ Yes ☑ No

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have any money in a checking or saving account? (Include any funds in prison accounts)

If the answer is yes, state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings)? ☐ Yes ☑ No

If the answer is yes, state the total value of the items owned.

Granted. Mary M. Lisi USDJ 6/19/06